[Cite as *Isreal v. Franklin Cty. Clerk*, 2021-Ohio-400.]

| | |
|---|---|
| MICHAEL ISREAL | Case No. 2020-00680PQ |
| Requester | Judge Dale A. Crawford |
| v. | <u>DECISION AND ENTRY</u> |
| FRANKLIN COUNTY CLERK | |
| Respondent | |

{¶1} Requester Michael Isreal has sued the Franklin County Clerk of Court, seeking "specific public information" in the care of the Franklin County Clerk of Court. A special master recommends (1) dismissal of Isreal's complaint for lack of jurisdiction and (2) assessment of court costs to Isreal. (Recommendation to Dismiss, December 10, 2020.)

{¶2} On January 5, 2021, Isreal filed a document, which has been described as an objection to the special master's recommendation on the Court's docket. The Court finds that Isreal's objection lacks merit. The Court further finds the special master's recommendation is well-taken.

{¶3} Under R.C. 2743.75(D), notwithstanding any provision to the contrary in R.C. 2743.75, "upon the recommendation of the special master, the court of claims on its own motion may dismiss the complaint at any time." Accordingly, upon the special master's recommendation, and having found well taken the special master's

recommendation, the Court sua sponte DISMISSES Isreal's complaint.  Court costs are assessed against Isreal.  The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.


_____
DALE A CRAWFORD
Judge

**Filed January 26, 2021**
**Sent to S.C. Reporter 2/12/21**